IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01493-WJM-MEH

PAMELA J. KOEHLER,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA DISABILITY MANAGEMENT SERVICE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2011.**

    Before the Court is Plaintiff's Unopposed Motion to Amend Complaint [filed August 12, 2011; docket #15]. Although unopposed, Plaintiff's motion fails to inform the Court of the reason for the amendment. As such, the Court typically would be unable to determine whether justice requires that the motion be granted. However, upon review of the proposed amended pleading in comparison with the operative complaint,[1] the Court recognizes that the Plaintiff has dropped her bad faith claim. Having no objection, the Court finds that the amendment is justified and will **grant** the motion.

    The Court directs the Plaintiff to file the Amended Complaint (found at docket #15-1) properly executed and dated on or before August 19, 2011. The Defendant shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

---

[1] The Court is not required to sift through a party's pleadings to find support for the motion.